No. 273. UNITED STATES *v.* MORTON SALT Co.; and
No. 274. UNITED STATES *v.* INTERNATIONAL SALT Co. C. A. 7th Cir. Certiorari granted. MR. JUSTICE DOUGLAS and MR. JUSTICE MINTON took no part in the consid-

eration or decision of this application. *Solicitor General Perlman* for the United States. *L. M. McBride* for respondent in No. 273. *Louis H. Hall* for respondent in No. 274.

*Certiorari Denied.* (*See also No. 324 and No. 155, Misc., supra.*)